IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff

V.                                            Civil Action No. 1:07-cv-01211
                                                      Judge Paul L. Friedman

PROPERTY IDENTIFIED AS
1933 RHODE ISLAND AVENUE, N.E.
WASHINGTON, D.C.
        Defendant

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the Claimant.

Respectfully submitted,

_____
Robert W. Mance #285379
1050 17th Street N.W. Suite1000
Washington, D.C. 20036
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
manceiii@aol.com
Attorney for Claimant