IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff

V.                                                          Civil Action No. 1:07-cv-01211
                                                                Judge Paul L. Friedman

PROPERTY IDENTIFIED AS
1933 RHODE ISLAND AVENUE, N.E.
WASHINGTON, D.C.
                Defendant

### VERIFIED STATEMENT OF INTEREST

Claimant, Margaret Austin, by and through undersigned counsel, files this verified Statement of Interest in the premises known as 1933 Rhode Island Avenue N.E. Washington, D.C. described above. In support of her claim, Claimant states as follows:

1. That she has an undivided ownership interest in the above described property and hereby claims the right to defend this action.

### VERIFICATION

I, Margaret Austin, hereby verify that I have read the foregoing Statement of Interest, and declare under penalty of perjury that the allegations contained therein are true and correct.

Executed this _____ day of July 2007

                                                                _____
                                                                Margaret Austin

                    Respectfully submitted,

_____
Robert W. Mance #285379
1050 17th Street N.W. Suite1000
Washington, D.C. 20036
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
manceiii@aol.com
Attorney for Claimant