IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
        Plaintiff

        V.                                            Civil Action No. 1:07-cv-01211
                                                             Judge Paul L. Friedman

PROPERTY IDENTIFIED AS
1933 RHODE ISLAND AVENUE, N.E.
WASHINGTON, D.C.
        Defendant

## ANSWER OF CLAIMANT, MARGARET, AUSTIN TO COMPLAINT FOR FORFEITURE

The claimant herein, Margaret Austin, by and through undersigned counsel and in answer to the Complaint for Forfeiture filed herein states the following:

1. The allegations contained in paragraphs 1 through 4, are neither admitted nor denied and Claimant demands strict proof thereof.

2. The allegations contained in paragraphs 5 and 6 are admitted.

3. Claimant has no knowledge concerning the allegations contained in paragraphs 7-71, therefore, they are neither admitted nor denied.

4. That Odell Hale and Claimant were married and the property in question was purchased during the marriage. They divorced in 1980. The property interests were not settled as part of the divorce.

5. That Claimant subsequently remarried and did not frequent the Rhode Island Avenue address subsequent to the separation and divorce.

6. Claimant herein had no knowledge on the ongoing criminal conduct alleged herein and therefore was not in a position to attempt to abate any illegal conduct that existed. The only notice received of the ongoing illegal conduct alleged was the filing of the instant forfeiture proceedings.

## COUNT ONE

7. The responses contained in paragraphs 1 through 6 above are re-stated and incorporated herein.

8. The property was not purchased to be used by any other persons nor was it Claimant's intent that the property be used for any unlawful purpose. The property was purchased as the marital residence.

9. Claimant neither admits nor denies the allegations contained in paragraph three of count one and demands strict proof thereof.

## COUNT TWO

10. The responses contained in paragraphs 1 through 6 above are re-stated and incorporated herein.

11. The allegations contained in paragraph three are neither admitted nor denied and Claimant demands strict proof thereof.

## COUNT THREE

12. The responses in paragraphs 1 through 6 above are re-stated and incorporated herein by reference.

13. The allegations in paragraphs 2 in count three are neither admitted nor denied and Claimant further states that if should it be determined that an award of money

damages is appropriate, that said award should not be against her or any interest she has in the subject property.

WHEREFORE, the above having been considered Claimant, Margaret Austin , requests that if the Court determines the property is subject to forfeiture, that the Court , pursuant to the provisions of 18 U.S.C § 983 (d)(B)(5), either sever the property or enter an order that the Government compensate her to the extent of her interest.

Respectfully submitted,

_s/s_____
Robert W. Mance#285379
1050 17th Street N.W.
Suite 1000
Washington, D.C. 20036
202-223-1254
manceiii@aol.com

Certificate of Service

I hereby certify that on August 28, 2007 a copy of the foregoing was mailed, postage, to Assistant United States Attorney, Barry Weigan, at 555 4th Street N.W. Room 4818 Washington, D.C. 20530.

s/s_____
Robert W. Mance

3

For a first Defense

_____
   Margaret Austin

Respectfully submitted,

_____
Robert W. Mance #285379
1050 17th Street N.W. Suite1000
Washington, D.C. 20036
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
manceiii@aol.com
Attorney for Claimant