UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil Action No.: |
| **Plaintiff** | |
| v. | Case 1:07-cv-01211 |
| PROPERTY IDENTIFIED AS | Assigned To: Friedman, Paul L. |
| 1923 RHODE ISLAND AVENUE, NORTHEAST, | Assign. Date: 7/5/2007 |
| WASHINGTON, D.C. | Description: General Civil |
| And | |
| ODELL HALE | |
| **Defendants** | |

### VERIFIED ANSWER OF ODELL HALE

Comes now the Defendant, Odell Hale, by and through his attorney, R. William Hale, and, answers the Verified Complaint of the Plaintiff as follows:

1. That he is one of the owners of the real property identified as 1923 Rhode Island Avenue, Northeast, Washington, D.C., and that he owns said real property as a tenant by the entirety.

2. That Odell Hale was born on or about November 29, 1933, and he is now seventy-three years old.

3. That, although Odell Hale attended school through the third grade in the State of Tennessee, he is now and always has been unable to read and write the English language.

4. That Odell Hale suffers from many long-standing medical problems, including, but not limited to: diabetes; high blood pressure; kidney trouble; arthritis in his back, his hips, and his

ankles (which makes walking extremely difficult); chronic obstructed pulmonary disease; and emphysema.

5. That he made his living in the construction business until he retired in 1985 or 1986 due to his physical disabilities.

6. That his only sources of income are his SSI disability check, and the rent he receives from tenants who rent rooms in his house.

7. That, despite the Government's characterizations, Odell Hale is not now serving any sentence, nor is he on probation or parole.

8. That Odell Hale has reported to Pretrial Services for approximately the last five months, and his urine has consistently been "clean."

9. That Odell Hale has not and does not now use his property as a "crack house," nor does he consent to its use in violation of any law of the District of Columbia nor of the United States of America.

10. That Odell Hale has not and does not now use his property as a place of prostitution, nor has he ever consented to its use as such a place.

11. That Odell Hale has not and does not now use his property as a place from which to sell or distribute controlled dangerous substances, nor has he ever consented to its use as such a place.

12. That large portions of the Plaintiff's Complaint are based on bald, untested, unproven and false allegations.

13. That the "probable cause" alleged in various search warrants and other documents referred to in the Plaintiff's Complaint, does not amount to " proof beyond a reasonable doubt," nor to "proof by a preponderance of the evidence," nor to proof by any other conclusive and

acceptable standard.

14. That Odell Hale has not had the opportunity to confront and to cross-examine his numerous accusers referred to in the Plaintiff's Complaint.

15. That the Plaintiff is attempting to deprive Odell Hale of his property without due process and in violation of the Constitution and laws of the United States of America and of the District of Columbia.

16. That Odell Hale did not commit the wrongs alleged in the Plaintiff's Complaint.

17. That the Plaintiff's Complaint is barred by the Statute of Limitations.

18. That the Plaintiff's Complaint is barred by Collateral Estoppel.

19. That the Plaintiff's Complaint is barred by an Accord and Satisfaction.

20. That the Plaintiff's Complaint is barred by laches.

21. That, even if the Plaintiff can prove some sort of wrongdoing by Odell Hale, the Plaintiff cannot prove that his wife knew about the wrongdoing, condoned the wrongdoing, or was in any way connected to the wrongdoing.

Respectfully submitted,

_____
R. William Hale # 303453
Attorney for the Defendant, Odell Hale
2411 Parallel Lane
Silver Spring, Maryland 20904
301-989-1115
240-353-8167
Lawyerhale@earthlink.net

**VERIFICATION**

I, Odell Hale, do hereby declare and affirm, under the penalty of perjury, that the information contained in the foregoing Verified Answer of Odell Hale, is true and correct to the best of my knowledge and belief.

Executed on this 28th day of August, 2007.

_____
Odell Hale

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Answer of Odell Hale was mailed, first-class, postage prepaid, to Assistant United States Attorneys Barry Wiegand and William Cowden at 555 4th Street, N. W., Washington, D. C. 20530, this _29th_ day of August, 2007.

_____
R. William Hale

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil Action No.: |
| **Plaintiff** | |
| v. | Case 1:07-cv-01211<br>Assigned To: Friedman, Paul L. |
| PROPERTY IDENTIFIED AS<br>1923 RHODE ISLAND AVENUE, NORTHEAST,<br>WASHINGTON, D.C. | Assign. Date: 7/5/2007<br>Description: General Civil |
| And | |
| ODELL HALE | |
| **Defendants** | |

## VERIFIED ANSWER OF ODELL HALE

Comes now the Defendant, Odell Hale, by and through his attorney, R. William Hale, and, answers the Verified Complaint of the Plaintiff as follows:

1. That he is one of the owners of the real property identified as 1923 Rhode Island Avenue, Northeast, Washington, D.C., and that he owns said real property as a tenant by the entirety.

2. That Odell Hale was born on or about November 29, 1933, and he is now seventy-three years old.

3. That, although Odell Hale attended school through the third grade in the State of Tennessee, he is now and always has been unable to read and write the English language.

4. That Odell Hale suffers from many long-standing medical problems, including, but not limited to: diabetes; high blood pressure; kidney trouble; arthritis in his back, his hips, and his

ankles (which makes walking extremely difficult); chronic obstructed pulmonary disease; and emphysema.

5. That he made his living in the construction business until he retired in 1985 or 1986 due to his physical disabilities.

6. That his only sources of income are his SSI disability check, and the rent he receives from tenants who rent rooms in his house.

7. That, despite the Government's characterizations, Odell Hale is not now serving any sentence, nor is he on probation or parole.

8. That Odell Hale has reported to Pretrial Services for approximately the last five months, and his urine has consistently been "clean."

9. That Odell Hale has not and does not now use his property as a "crack house," nor does he consent to its use in violation of any law of the District of Columbia nor of the United States of America.

10. That Odell Hale has not and does not now use his property as a place of prostitution, nor has he ever consented to its use as such a place.

11. That Odell Hale has not and does not now use his property as a place from which to sell or distribute controlled dangerous substances, nor has he ever consented to its use as such a place.

12. That large portions of the Plaintiff's Complaint are based on bald, untested, unproven and false allegations.

13. That the "probable cause" alleged in various search warrants and other documents referred to in the Plaintiff's Complaint, does not amount to " proof beyond a reasonable doubt," nor to "proof by a preponderance of the evidence," nor to proof by any other conclusive and

acceptable standard.

14. That Odell Hale has not had the opportunity to confront and to cross-examine his numerous accusers referred to in the Plaintiff's Complaint.

15. That the Plaintiff is attempting to deprive Odell Hale of his property without due process and in violation of the Constitution and laws of the United States of America and of the District of Columbia.

16. That Odell Hale did not commit the wrongs alleged in the Plaintiff's Complaint.

17. That the Plaintiff's Complaint is barred by the Statute of Limitations.

18. That the Plaintiff's Complaint is barred by Collateral Estoppel.

19. That the Plaintiff's Complaint is barred by an Accord and Satisfaction.

20. That the Plaintiff's Complaint is barred by laches.

21. That, even if the Plaintiff can prove some sort of wrongdoing by Odell Hale, the Plaintiff cannot prove that his wife knew about the wrongdoing, condoned the wrongdoing, or was in any way connected to the wrongdoing.

Respectfully submitted,

_____
R. William Hale # 303453
Attorney for the Defendant, Odell Hale
2411 Parallel Lane
Silver Spring, Maryland 20904
301-989-1115
240-353-8167
Lawyerhale@earthlink.net

## VERIFICATION

I, Odell Hale, do hereby declare and affirm, under the penalty of perjury, that the information contained in the foregoing Verified Answer of Odell Hale, is true and correct to the best of my knowledge and belief.

Executed on this 28th day of August, 2007.

_____
Odell Hale

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Answer of Odell Hale was mailed, first-class, postage prepaid, to Assistant United States Attorneys Barry Wiegand and William Cowden at 555 4th Street, N. W., Washington, D. C. 20530, this _29th_ day of August, 2007.

_____
R. William Hale