**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**     555 Fourth St., N.W.     Washington, D.C.  20530 | ) ) ) ) | **Civil Action No.:** |
|             **Plaintiff,** | ) ) | |
|     v. | ) ) | |
| **PROPERTY IDENTIFIED AS** **1923 RHODE ISLAND AVENUE, NORTHEAST,** **WASHINGTON, D.C.,** | ) ) ) ) | |
|     and | ) ) | |
| **ODELL HALE,** | ) ) | |
|     and | ) ) | |
| **MARGARET C. HALE,** | ) ) | |
|             **Defendants.** | ) ) | |

**MOTION TO STAY EXECUTION OF ORDER ISSUING WARRANT**
**FOR SEIZURE OF DEFENDANT REAL PROPERTY AND OF ABATEMENT**

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to ask this Court to stay execution of its order of November 27, 2007, which issued a warrant to seize the defendant real property at 1923 Rhode Island Avenue, N.E., Washington, D.C., and directed abatement of the nuisance and disorderly house at that address. As grounds wherefore, plaintiff respectfully states as follows:

1. On November 27, 2007, this Court issued an order granting the government's earlier motion, which sought a warrant to seize the defendant property and an order to abate the nuisance and disorderly house there. Claimants largely did not oppose the issuance of this order.

2. While the motion was pending, the government and claimants also sought to settle

this case. This resulted in the filing of a Stipulation of Settlement on November 28, 2007, which resolves all controverted issues. On November 29, 2007, the Court entered an order accepting the Stipulation and directing execution of its terms.

3. Thus, the government asks this Court to stay execution of its order of November 27, 2007, that certain actions be taken during December 2007. The order also set a status conference on January 7, 2008, at 9:15 a.m. This motion asks that the Court explicitly stay execution of all terms of its order, save the setting of the status conference. By the time of the status conference, the terms of the Stipulation of Settlement should have been fulfilled, and the Court can determine whether to dissolve the stay or vacate the seizure and abatement order.

4. Undersigned counsel spoke with counsel for claimants, and counsel for claimant Austin graciously stated that he favors this motion. Counsel for claimant Hale could not be reached, but is most unlikely to oppose a stay. An order granting this motion is attached.

**WHEREFORE**, plaintiff respectfully prays that this Honorable Court to grant this motion and enter the attached proposed order.

Respectfully submitted,

\_/s/_____
JEFFREY TAYLOR
UNITED STATES ATTORNEY
District of Columbia Bar No. 498610


\_/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
District of Columbia Bar No. 426301


\_/s/_____

                                                BARRY WIEGAND,
                                                Assistant United States Attorney
                                                District of Columbia Bar No. 424288
                                                555 4th St., N.W., Room 4818
                                                Washington, D.C. 20530
                                                (202) 307-0299
                                                William.B.Wiegand@USDoJ.Gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused service of the foregoing motion and attached proposed opinion and order to be made upon counsel for claimants, Mr. Roger William Hale, Esq., and Mr. R.W. Mance, III, through this Court's ECF system on November 29, 2007.

                                                  /s/Barry Wiegand
                                                Barry Wiegand
                                                Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>    555 Fourth St., N.W.                      )<br>    Washington, D.C.  20530               )<br>                         **Plaintiff,**    )<br>                      **v.**                                       )<br>PROPERTY IDENTIFIED AS           )<br>1923 RHODE ISLAND AVENUE, NORTHEAST,  )<br>WASHINGTON, D.C.,                          )<br>          **and**                                     )<br>ODELL HALE,                                )<br>          **and**                                     )<br>MARGARET C. HALE,                          )<br>                       **Defendants.**   ) | **Civil Action No.:** |

### **ORDER**

This matter comes before the Court on the government's Motion To Stay Execution Of Order Issuing Warrant For Seizure Of Defendant Real Property And Of Abatement. Upon consideration of the motion and the entire record in this matter, it is by the Court this ___ day of November

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the execution of all actions directed in the Court's order of November 27, 2007, is stayed pending further order of the Court; and it is further

ORDERED, that a status conference shall be held on January 7, 2008, at 9:15 a.m., to consider any further issues in this matter.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE