UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530 | )<br>)<br>)<br>) | Civil Action No.:<br>**FILED**<br>NOV 3 0 2007 |
| Plaintiff, | )<br>) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| v. | )<br>) | |
| PROPERTY IDENTIFIED AS<br>1923 RHODE ISLAND AVENUE, NORTHEAST,<br>WASHINGTON, D.C., | )<br>)<br>)<br>) | |
| and | )<br>) | |
| ODELL HALE, | )<br>) | |
| and | )<br>) | |
| MARGARET C. HALE, | )<br>) | |
| Defendants. | )<br>) | |

## ORDER

This matter comes before the Court on the government's Motion To Stay Execution Of Order Issuing Warrant For Seizure Of Defendant Real Property And Of Abatement. Upon consideration of the motion and the entire record in this matter, it is by the Court this 30th day of November

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the execution of all actions directed in the Court's order of November 27, 2007, is stayed pending further order of the Court; and it is further

ORDERED, that a status conference shall be held on January 7, 2008, at 9:15 a.m., to consider any further issues in this matter.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE